**Order filed, January 03, 2014.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-13-00638-CV

———————

**VINCENT T. LADAY, Appellant**

**V.**

**GILBERTO  G. PEDRAZA, Appellee**

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-49767**

## ORDER

The reporter's record in this case was due **October 02, 2013**.  *See* Tex. R. App. P. 35.1.  On **October 28, 2013**, this court granted the court reporters request for extension of time to file the record until **November 27, 2013**.  To date, the record has not been filed with the court.  Because the reporter's record was not filed within the time prescribed in the first request, the court issues the following order.

We order **Gina Wilburn**, the official court reporter, to file the record in this appeal **on or before February 03, 2014. No further extension will be entertained absent exceptional circumstances**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Gina Wilburn** does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM